No. 294.   NEAD, Respondent, v. ALSTON, Appellant.

(Also reported in 214 N. W. 2d 317.)


The cause was submitted for the appellant on the brief of *Roland J. Steinle, Jr.*, of Milwaukee, and for the respondent on the brief of *William H. Lawler* of Milwaukee.

Order affirmed.